**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **PHILLIP MICHAEL CARTER, Individually and d/b/a NORTH FORTY DEVELOPMENT CAPITAL ACCOUNT, BOBBY EUGENE GUESS, RICHARD GREGORY TILFORD, NORTH-FORTY DEVELOPMENT, LLC, NORTH FORTY DEVELOPMENT LLC, TEXAS CASH COW, LLC, f/k/a TEXAS CASH COW INVESTMENTS, LLC, and TEXAS FIRST FINANCIAL, LLC,** | § | Case No.: 4:19-CV-00100-ALM-KPJ |
| | § | |
| **Defendants, and** | § | |
| | § | |
| **FRISCO WADE CROSSING DEVELOPMENT PARTNERS, LLC, MCKINNEY EXECUTIVE SUITES AT CRESCENT PARC DEVELOPMENT PARTNERS, LLC, CHRISTIAN CUSTOM HOMES LLC, and DOUBLE DROPTINE RANCH, LLC** | § | |
| | § | |
| **Relief Defendants.** | § | |

## PLAINTIFF'S NOTICE

Plaintiff Securities and Exchange Commission ("SEC") respectfully files this Notice regarding its Motion to Continue Deadlines.

On April 18, 2019, the SEC filed its Motion to Continue Deadlines noting that all parties but Richard Tilford agreed with the relief requested. (Dkt. 41). At that time, counsel for the SEC had not been able to reach Mr. Tilford by email or telephone to confer on the motion. This afternoon, Mr. Tilford contacted the SEC and confirmed that he agrees with the relief requested in Plaintiff's Motion. The Motion is therefore unopposed.

DATED: April 18, 2019

Respectfully submitted,

*/s/ Matthew J. Gulde*
Matthew J. Gulde
Illinois Bar No. 6272325
B. David Fraser
Texas Bar No. 24012654
SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry St., Unit #18
Fort Worth, TX 76102-6882
(817) 978-3821
(817) 978-4927 (fax)
guldem@sec.gov

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, a copy of foregoing *Plaintiff's Notice* was filed electronically and served by mail or e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/Matthew J. Gulde*
Matthew J. Gulde