# United States District Court
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **PHILLIP MICHAEL CARTER, Individually and** § | |
| **d/b/a NORTH FORTY DEVELOPMENT CAPITAL** § | Case No.: |
| **ACCOUNT, BOBBY EUGENE GUESS, RICHARD** § | **4:19-cv-00100-ALM-KPJ** |
| **GREGORY TILFORD, NORTH-FORTY** § | |
| **DEVELOPMENT LLC, NORTH FORTY** § | |
| **DEVELOPMENT, LLC, TEXAS CASH COW, LLC,** § | |
| **f/k/a TEXAS CASH COW INVESTMENTS, LLC,** § | |
| **and TEXAS FIRST FINANCIAL, LLC,** § | |
| § | |
| **Defendants, and** § | |
| § | |
| **FRISCO WADE CROSSING DEVELOPMENT** § | |
| **PARTNERS, LLC, MCKINNEY EXECUTIVE** § | |
| **SUITES AT CRESCENT PARC DEVELOPMENT** § | |
| **PARTNERS, LLC, CHRISTIAN CUSTOM HOMES,** § | |
| **LLC, and DOUBLE DROPTINE RANCH, LLC** § | |
| § | |
| **Relief Defendants.** § | |

## ORDER

Pending before the Court is Plaintiff Securities and Exchange Commission's ("SEC") Motion to Continue Deadlines (the "Motion"). *See* Dkt. 41. In the Motion, the SEC seeks to extend certain deadlines by sixty days. *See id.* The Motion is unopposed. *See* Dkt. 42.

Upon consideration, the Motion (Dkt. 41) is hereby **GRANTED**. The deadlines set forth in the Court's Order Governing Proceedings (Dkt. 39) are hereby **CANCELLED**. In light of the Motion, the Court hereby sets the following amended deadlines:

1. Rule 26(f) attorney conference on or before: **June 19, 2019**

2. Complete initial mandatory disclosure required by this Order: **July 1, 2019**

3. File joint report of attorney conference: **July 3, 2019**.  This should follow initial mandatory disclosures, so a realistic proposal regarding depositions and other discovery can be included.

4. The case is **SET for a Rule 16 management conference on Wednesday, August 14, 2019**, **at 1:30 p.m.** before the United States Magistrate Judge in Courtroom 108, 7940 Preston Road, Plano, Texas 75024.  Lead counsel for each party, with authority to bind their respective clients, and all unrepresented parties, shall be present.  Continuance of the management conference will not be allowed absent a showing of good cause[1].

**IT IS SO ORDERED**.

**SIGNED this 22nd day of April, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Before the case management conference, counsel and unrepresented parties should review the most recent versions of the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas. The Local Rules are available on the Eastern District of Texas website (www.txed.uscourts.gov).